IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JESSICA LOPEZ and JEREMY BAKER<br><br>　　　　　　　　Defendant. | 8:19CR244<br><br>**ORDER** |

This matter is before the court on Defendant Baker's Unopposed Motion to Continue Trial [31]. Counsel is seeking additional time to reach a resolution in this matter. For good cause shown,

**IT IS ORDERED** that Defendant Baker's Unopposed Motion to Continue Trial [31] is granted as follows:

1. The jury trial, **as to both defendants,** now set for December 10, 2019, is continued to **January 28, 2020**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 28, 2020** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 6th day of December 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge