IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JEREMY BAKER and JESSICA LOPEZ<br><br>              Defendants. | 8:19CR244<br><br>**ORDER** |

      This matter is before the court on the Defendants' Unopposed Motions to Continue Trial [33] and [34]. Counsel is seeking additional time to consult with his client and investigate the case. For good cause shown,

      **IT IS ORDERED** that the Defendants' Unopposed Motions to Continue Trial [33] and [34] are granted as follows:

      1. The jury trial, **as to both defendants**, now set for January 28, 2020, is continued to **April 28, 2020.**

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 28, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 24th day of January 2020.

                                            BY THE COURT:

                                            s/Susan M. Bazis
                                            United States Magistrate Judge